IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br><br>  v.<br><br>SOL FOOD,<br><br>    Defendant.<br>_____ / | No. C 06-06577 WHA<br><br>**ORDER RE NOTICE OF NEED FOR MEDIATION** |

Parties have not complied with scheduling order for cases under the Americans with Disabilities Act (Doc. No. 2). Pursuant to General Order No. 56, parties must file a notice of need for mediation no later than **FRIDAY, MARCH 9, 2007, AT NOON.** If such notice is not filed by the deadline, the Court will set a case management conference at which further deadlines will be set.

**IT IS SO ORDERED.**

Dated: March 2, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE