IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual, CRAIG YATES, an individual, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>       Plaintiffs,<br><br>  v.<br><br>SOL FOOD, MARISOL C. HERNANDEZ, an individual<br><br>       Defendant.<br>_____/ | No. C 06-06577 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of plaintiffs' notice of settlement. A case management conference is set for **THURSDAY, AUGUST 16, 2007, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior. If a full dismissal is filed by July 30, 2007, then counsel need not appear.

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE