IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY, an individual, CRAIG YATES, an individual, and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:  HELPING YOU HELP OTHERS, a California public benefit corporation,

    Plaintiffs,

  v.

SOL FOOD, MARISOL C. HERNANDEZ, an individual d/b/a SOL FOOD, RICHARD PATRICK CORDONE, an individual, JOHN KEVIN CORDONE, an individual, and NADER SAMI and SEDIGHEH SAMI, individuals d/b/a SPOTLESS CLEANERS,

    Defendants.
                                             /

No. C 06-06577 WHA

**ORDER OF DISM8ISSAL**

Counsel have represented that the case is settled.  The Court will not retain jurisdiction. The case is dismissed.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 16, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE